NATIONAL LABOR RELATIONS BOARD, Petitioner, v. ARMOUR & COMPANY, Respondent.

No. 3353.

Circuit Court of Appeals, Tenth Circuit.

June 30, 1947.

Mozart G. Ratner, of Washington, D. C. (Gerhard P. Van Arkel, Gen. Counsel, Morris P. Glushien, Associate Gen. Counsel, A. Norman Somers, Asst. Gen. Counsel, Joseph B. Robison, and Arnold Ordman, all of Washington, D. C., on the brief), for Petitioner.

Kenaz Huffman, of Denver, Colo. (Frederick R. Baird, Ray F. Feagans, and Paul E. Blanchard, all of Chicago, Ill., and Huffman, Sutliff & Rogers, of Denver, Colo., on the brief), for respondent.

Before BRATTON, HUXMAN, and MURRAH, Circuit Judges.

462

PER CURIAM.

On the authority of National Labor Relations Board v. Jones & Laughlin Steel Corp., 67 S.Ct. 1274, and National Labor Relations Board v. E. C. Atkins & Co., 67 S.Ct. 1265, an order of enforcement will be entered herein.